IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

NORTHEAST BOTANICALS, LLC.

       Plaintiff,

v.

REFINEX, LLC and CAMERON SHANK,

       Defendants.

## COMPLAINT

This is an action to recover damages in excess of $1,000,000.00 in connection with the sales of certain hemp extracts to the Defendants, and their conversion of those products to their own use, without payment therefor to the Plaintiff.

## PARTIES

1. Northeast Botanicals, LLC ("Northeast Botanicals") is a Massachusetts limited liability company with a principal place of business located at 125 Common Lane, Prides Crossing, Massachusetts. The sole member and manager of Northeast Botanicals, Christopher French, is a resident of the State of Massachusetts.

2. RefineX, LLC ("RefineX") is a Nevada limited liability company with a principal place of business located at 3651 Lindell Rd., Suite D852, Las Vegas, Nevada 89103. RefineX formerly did business in Colorado at 1331 Red Cedar Circle, Fort Collins, CO 80524.

3. Cameron Shank is the Founder and President of RefineX, and resides at 405 Rockefeller, A907, Irvine, CA 92612.

**Error! Unknown document property name.**

## JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the Plaintiff and Defendant are citizens of different states and the amount in controversy is more than $75,000.

5. The Court has personal jurisdiction of the Plaintiff and Defendant under the due process clause of the 14th Amendment to the U.S. Constitution and § 13-1-124, C.R.S. because the transaction that forms the subject matter of this action involved the shipment of goods to the Defendants' location within the District of Colorado.

6. Venue is proper under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims stated herein occurred, and at least one of the Defendants resides, within the District of Colorado.

## GENERAL ALLEGATIONS

7. Northeast Botanicals is in the business of distributing extract products made from hemp.

8. RefineX is in the business of refining extract products made from hemp, including oil rich in Cannabidiol (CBD).

9. Shank, as President of RefineX, controls the business of the company and acts as its chief representative.

10. On information and belief, Shank set up a shell company in RefineX, which he dominated and controlled but intentionally undercapitalized. Shank failed to observe the typical formalities of a separate legal entity. There exists such a unity of control of RefineX by Shank that the company is effectively a mere instrumentality of his will and serves as his alter ego, such that any distinction between Shank and RefineX has ceased. Shank has abused the corporate form of RefineX to perpetrate a fraud upon his creditors and the general public.

11. RefineX and Shank entered into a Product Supply Agreement with Northeast Botanicals, whereby they agreed to purchase a large quantity of CBD crude oil from Northeast Botanicals.

12. Between April 15, 2020 and May 26, 2020, Northeast Botanicals delivered 2,050 kilograms of CBD oil and 767 kilograms of CBD distillate to RefineX and Shank at their facility at 1331 Re Cedar Circle, Fort Collins, Colorado 80524 and 170 kilograms of CBD oil to another location in Oklahoma. Northeast Botanicals invoiced RefineX and Shank as the parties had agreed, at $315 per kilogram for the CBD crude oil and $600 per kilogram for CBD distillate, for a total of $1,159,500.00.

13. RefineX and Shank took possession and control of the CBD crude oil and CBD distillate, except that they rejected and returned to Northeast Botanicals the 170 kilograms of CBD oil shipped to Oklahoma, which at a price of $315 per kilogram was worth $53,550. In total, Northeast Botanicals shipped 2,050 kilograms of CBD crude oil and 767 kilograms of CBD distillate (the "Delivered Product") to RefineX in Fort Collins, Colorado.

14. RefineX and Shank failed and refused to pay the invoices for the Delivered Product that it had agreed to purchase from Northeast Botanicals and failed to return the Delivered Product.

15. After RefineX and Shank refused to pay, Northeast Botanicals attempted to recover the Delivered Product from RefineX and Shank. RefineX and Shank delivered some material to Northeast Botanicals, but it was not what Northeast Botanicals had sent to RefineX originally and was of very low—even nonexistent—quality.

16. Northeast Botanicals received from RefineX and Shank a total of 10 barrels containing approximately 800 kilograms of hemp extracts. Five of the 10 barrels were Mother Liquor, a substance that Northeast Botanicals had never sent to RefineX and which consisted of byproducts from the processing of hemp biomass. The Mother Liquor contained primarily

terpenes, other undesirable substances and very low quantities of Cannabinoids, and was virtually worthless. Test results from the other five barrels delivered to Northeast Botanicals from RefineX demonstrated that they contained hemp extracts with very low Cannabinoid profiles and had little value.

17. In spite of many requests by Northeast Botanicals, RefineX and Shank failed to return and refused to account for the Delivered Product, the present location and ultimate disposition of which remains unknown.

**FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT**

18. Northeast Botanicals realleges and incorporates the allegations set forth in Paragraphs 1 through 17 of the Complaint as if fully set forth herein.

19. Northeast Botanicals, RefineX and Shank entered into a valid and enforceable Product Supply Agreement, under which Northeast Botanicals agreed to deliver CBD crude oil and CBD distillate to them at their facility located at 1331 Red Cedar Circle, Fort Collins, Colorado 80524.

20. Northeast Botanicals did deliver to RefineX and Shank a total of 2,220 kilograms of CBD crude oil, of which 170 kilograms was rejected and returned by RefineX, for a total quantity shipped of 2,050 kilograms. Northeast Botanicals delivered 767 kilograms of CBD distillate, all of which RefineX accepted. Northeast Botanicals thereby fully performed the contract.

21. Northeast Botanicals invoiced RefineX and Shank a total of $1,159,500.00 less $53,550 for the 170 kilograms of CBD crude oil that was rejected and returned, for a total of $1,105,950.

22. RefineX and Shank have not paid any amount due to Northeast Botanicals under the Product Supply Agreement for the Delivered Product.

23. In an effort to mitigate its damages, Northeast Botanicals tried to recover the Delivered Product that it had shipped to RefineX and Shank. It received back from RefineX and Shank only 10 barrels of virtually worthless Mother Liquor and very low-quality hemp extracts. The Delivered Product has never been accounted for, never returned, and is presumed to be unrecoverable.

24. By failing to pay for product delivered, RefineX and Shank breached the Product Supply Agreement.

25. Breach of the Product Supply Agreement has caused Northeast Botanicals to suffer damages, in such amounts as may be proven at trial.

## SECOND CLAIM FOR RELIEF: UNJUST ENRICHMENT

26. Northeast Botanicals realleges and incorporates the allegations set forth in Paragraphs 1 through 25 of the Complaint as if fully set forth herein.

27. By delivering large quantities of valuable CBD crude oil and CBD distillate to RefineX and Shank, Northeast Botanicals conferred a benefit upon them.

28. RefineX and Shank received and enjoyed the benefits of the valuable Delivered Product.

29. Under the circumstances detailed herein, it would be unjust for RefineX and Shank to enjoy the benefits conferred upon them by Northeast Botanicals without payment of fair and reasonable compensation for the Delivered Product.

## THIRD CLAIM FOR RELIEF: CIVIL THEFT

30. Northeast Botanicals realleges and incorporates the allegations set forth in Paragraphs 1 through 29 of the Complaint as if fully set forth herein.

31. Northeast Botanicals shipped a net total of 2,050 kilograms of CBD crude oil and 767 kilograms of CBD distillate, the Delivered Product, to RefineX and Shank, and invoiced them a total of $1,105,950.00.

32. RefineX and Shank failed to pay the invoices but kept the Delivered Product. The Delivered Product was never accounted for, never returned, and is presumed to be unrecoverable. RefineX and Shank retained the Delivered Product with the specific intent to permanently deprive Northeast Botanicals of its use or benefit.

33. RefineX and Shank committed Theft.

34. Northeast Botanicals has rights in its stolen property, including but not limited to, treble damages and attorney fees, in such amounts as may be proven at trial.

## FOURTH CLAIM FOR RELIEF: CONVERSION

35. Northeast Botanicals realleges and incorporates the allegations set forth in Paragraphs 1 through 34 of the Complaint as if fully set forth herein.

36. Northeast Botanicals delivered a net total of 2,050 kilograms of CBD crude oil and 767 kilograms of CBD distillate, the Delivered Product, to RefineX and Shank and invoiced them a total of $1,105,950.00.

37. RefineX and Shank failed to pay the invoices but kept the Delivered Product. The Delivered Product was never accounted for, never returned, and is presumed to be unrecoverable.

38. RefineX and Shank knowingly obtained and exercised control over the Delivered Product, and without authorization deprived Northeast Botanicals permanently of its use or benefit.

39. Northeast Botanicals demanded return of the Delivered Product. The Delivered Product was never returned and is presumed to be unrecoverable. Instead, RefineX shipped to Northeast Botanicals 10 barrels of Mother Liquor and low-quality hemp extracts that were virtually worthless.

40. Northeast Botanicals suffered damage as a result of the loss of the Delivered Product, in such amounts as may be proven at trial.

### FIFTH CLAIM FOR RELIEF: FRAUD IN THE INDUCEMENT

41. Northeast Botanicals realleges and incorporates the allegations set forth in Paragraphs 1 through 40 of the Complaint as if fully set forth herein.

42. RefineX and Shank induced Northeast Botanicals to enter into a Product Supply Agreement to ship bulk quantities of valuable winterized CBD crude oil and CBD distillate, the Delivered Product, to RefineX, whereby RefineX would pay for the materials received.

43. Northeast Botanicals entered into the Product Supply Agreement with RefineX in justifiable reliance upon material representations by RefineX and Shank that RefineX would perform its duties thereunder.

44. RefineX and Shank never intended to pay Northeast Botanicals. Their representations that RefineX would pay the agreed prices to Northeast Botanicals for the materials were false when made.

45. The false representations by RefineX and Shank have caused Northeast Botanicals to suffer damages, in such amounts as may be proven at trial.

### PRAYER FOR RELIEF

Wherefore, Northeast Botanicals, having stated its Complaint, requests the following relief:

A. Damages for breach of contract;

B. Payment of reasonable compensation for the benefits received by RefineX and Shank for which they have been unjustly enriched;

C. Damages and multiple damages for civil theft;

D. Damages for conversion;

E.   Damages for fraud;

F.   Attorney fees, costs and pre-judgment interest and post-judgment interest, as allowed by law; and

G.   Such other and further relief as the Court may deem appropriate under the circumstances.

## JURY DEMAND

Northeast Botanicals hereby demands a trial by jury on all issues so triable.

Dated: October 1, 2021

          CLARK HILL, PLC

          s/ David B. Bush
          _____
          Claire Wells Hanson, #47072
          David B. Bush, #28988
          730 17th Street, Suite 420
          Denver, CO 80202
          T: (303) 674.7000
          F: (303) 382.4685

          ATTORNEYS FOR NORTHEAST BOTANICALS, LLC